July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

AMELIA V. KELLY, Appellant

NO. 14-13-00930-CV                    V.

MATTHEW D. WIGGINS, JR. AND D.L. HAMMAKER, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 13, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Amelia V. Kelly.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.